# United States District Court

_____MIDDLE_____ DISTRICT OF _____ALABAMA_____

UNITED STATES OF AMERICA

v.

NORMAN EVANS MCELROY, JR.

WARRANT FOR ARREST

CASE NUMBER: 2:07mj39-TFM

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __NORMAN EVANS MCELROY, JR.__
                                                                                                                                    Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐Indictment  ☐Information  ☒Complaint  ☐Order of court  ☐Violation Notice  ☐Probation Violation Petition
charging him or her with (brief description of offense):

1. knowingly possessed any book, magazine, periodical, film, videotape, computer disk, and any other material that contains an image of child pornography that had been mailed, and shipped and transported in interstate and foreign commerce by any means, including by computer in violation of **Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).**

2. knowingly received and distributed any child pornography that has been mailed, and shipped and transported in interstate and foreign commerce by any means, including by computer in violation of **Title 18, United States Code, Sections 2252A(a)(2)(A) and (b)(1).**

TERRY F. MOORER

Name of Issuing Officer

_[signature]_

Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE

Title of Issuing Officer

April 10, 2007 Montgomery, Alabama

Date and Location

(By) Deputy Clerk

Bail fixed at $_____ by _____
                                                                                                 Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 5/81) Warrant for Arrest