IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| V. | )CASE NO: 2:07-cr-104-WKW-SRW |
| | ) |
| **NORMAN EVANS MCELROY, JR.** | ) |

### UNOPPOSED MOTION TO CONTINUE TRIAL

**NOW COMES** the Defendant, by and through the undersigned counsel and pursuant to 18 U.S.C. § 3161 (h), and respectfully moves this Court to move this matter from the August 6, 2007 trial docket.

In support of this Motion, defendant would show

1. The indictment accuses Mr. McElroy of possession of child pornography. Mr. McElroy is detained. On information and belief, Mr. McElroy has no prior felony record.

2. The parties are discussing whether resolution of this case is possible without trial.

3. The parties are also waiting for the results of forensic analyses of two computers. The government both notified defense counsel of the existence of such information and sought to acquire these analyses, prior to the indictment in this case. Such information will be relevant to determination of what resolution, if any, is possible..

4. Counsel for the prosecution does not oppose this motion.

**WHEREFORE**, defendant respectfully requests that this Motion be granted.

Respectfully submitted,

**s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Norman McElroy
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Christopher Snyder, Esq., Assistant United States Attorney, One Court Square, Montgomery, AL 36104.

**s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Christopher Snyder
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353