IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:07cr104-WKW |
| ) | |
| NORMAN EVANS MCELROY, JR. ) | |

<u>NOTICE OF BILL OF PARTICULARS</u>
<u>FOR FORFEITURE OF PROPERTY</u>

COMES NOW the United States Attorney's Office for the Middle District of Alabama, by and through the undersigned Assistant United States Attorney and hereby files the following Bill of Particulars:

Through the violations of Title 18, United States Code, Section 2252A(a)(2)(A) and Title 18, United States Code, 2252A(a)(5)(B) as alleged in Counts 1 through 4 of the indictment, which is punishable by imprisonment of more than one year, the United States seeks forfeiture of the following property pursuant to Title 18, United States Code, Section 2253:

> Compaq Presario, Model SR1330NX, bearing
> serial number CNH450117F.

Respectfully submitted this 17th day of August, 2007.

```
                    FOR THE UNITED STATES ATTORNEY
                           LEURA G. CANARY



                      /s/John T. Harmon
                      John T. Harmon
                      Assistant United States Attorney
                      Office of the United States Attorney
                      Middle District of Alabama
                      131 Clayton Street
                      Post Office Box 197
                      Montgomery, Alabama 36101-0197
                      Telephone:(334) 223-7280
                      Facsimile:(334) 223-7560
                      E-mail: John.Harmon@usdoj.gov
```

CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2007, I electronically filed the foregoing Bill of Particulars with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

```
                      /s/John T. Harmon
                      John T. Harmon
                      Assistant United States Attorney
```