IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA          )
                                  )
        v.                        )          CR. NO. 2:07cr104-WKW
                                  )
NORMAN EVANS MCELROY, JR.,        )

**ORDER**

Upon consideration of defendant's motion to continue pretrial conference (Doc. # 22), filed October 9, 2007, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED.  The pretrial conference is **rescheduled from October 12, 2007 to 3:00 p.m. on January 11, 2008** in courtroom 5-B, Frank M. Johnson, Jr. United States Courthouse Complex.

It is further ORDERED as follows:

1.      Jury selection is set for February 4, 2008.  The trial of this case is set during the trial term commencing on February 4, 2008 before Judge W. Keith Watkins.

2.      There are no motions currently pending.

3.      Proposed voir dire questions shall be filed on or before January 28, 2008. Counsel should not include questions seeking information which is provided in the jury questionnaire.

4.      All motions in limine shall be filed on or before January 28, 2008.  Motions in limine must be accompanied by a brief.  Failure to file a brief will result in denial of the motion.

5.    Proposed jury instructions shall be filed on or before January 28, 2008.

6.    The court will not consider a plea pursuant to Rule 11(c)(1)(A) or (C)) unless notice is filed on or before noon on January 23, 2008 .  The government and defendant are informed that if a defendant waits until the last minute to enter a plea, and if that plea, for whatever reason, is not accepted by the court, the defendant and the government will be expected to be prepared to go to trial on February 4, 2008.  The court will not continue the trial of this case as to any defendant because a defendant's plea was not accepted.  In other words, the defendant and the government should not wait until the last minute for a defendant to enter a guilty plea, and both the defendant and the government should all be ready to go to trial on February 4, 2008, as to all defendants, even though a particular guilty plea was not accepted by the court.

DONE, this 12th day of October, 2007.


/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE

2