**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **V.** | )**CASE NO: 2:07-cr-104-WKW-SRW** |
| | ) |
| **NORMAN EVANS MCELROY, JR.** | ) |

## MOTION TO PERMIT FILING

NOW COMES the Defendant, **Norman McElroy**, by counsel, and respectfully requests permission to file the simultaneously filed Motion to Suppress.

In support of said Motion, counsel would show that discovery has not yet been completed, due to scheduling conflicts of counsel, and the defendant will file a motion to continue the trial date of this matter.

Wherefore, counsel requests this Motion be granted.

Respectfully submitted,

s/Christine A. Freeman
**CHRISTINE A. FREEMAN
TN BAR NO.: 11892**
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Christine_Freeman@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2008, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system, which will send notification of such filing to

the following: Christopher Snyder, Assistant United States Attorney, 131 Clayton Street,

Montgomery, AL.

> **s/Christine A. Freeman**
> **CHRISTINE A. FREEMAN**
> **TN BAR NO.: 11892**
> Federal Defenders
> Middle District of Alabama
> 201 Monroe Street, Suite 407
> Montgomery, AL 36104
> TEL:  (334) 834-2099
> FAX:  (334) 834-0353
> E-Mail: Christine_Freeman@fd.org

2