IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:07cr104-WKW |
| | ) | |
| NORMAN EVANS McELROY, JR. | ) | |

## **ORDER**

Upon consideration of defendant's motion to permit filing (Doc. # 27), filed January 10, 2008, and for good cause, it is

ORDERED that defendant show cause in writing on or before January 18, 2007, why the motion should not be denied as untimely, given the motion filing deadline of June 13, 2007 in this case.

DONE, this 11th day of January, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE