IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr104-WKW |
| | ) | |
| NORMAN EVANS MCELROY, JR., | ) | |

## **ORDER**

Upon consideration of defendant's motion to permit filing (Doc. # 27), filed January 10, 2008, and for good cause, it is

ORDERED that the motion is GRANTED.  It is further

ORDERED that the motion to suppress (Doc. 26) filed January 10, 2008, be and hereby is set for a suppression hearing at 9:00 a.m. on February 13, 2008 in courtroom 5-B, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

If defendant is in custody, the United States Marshal is DIRECTED to produce defendant for the hearing.

The Clerk of the Court is DIRECTED to provide a court reporter for the hearing.

DONE, this 7th day of February, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE