## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **V.** | ) CASE NO: 2:07-cr-104-WKW-SRW |
| | ) |
| **NORMAN EVANS MCELROY, JR.** | ) |

## NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, Kacey L. Keeton, and enters her appearance as counsel for **NORMAN EVANS MCELROY, JR.**, in the above-styled matter.

Dated this 12th day of February, 2008.

                                          Respectfully submitted,

                                          **s/Kacey L. Keeton**
                                          **KACEY L. KEETON**
                                          **AL Bar No.: ASB-0880-K50K**
                                          Federal Defenders
                                          Middle District of Alabama
                                          201 Monroe Street, Suite 407
                                          Montgomery, AL 36104
                                          TEL:  (334) 834-2099
                                          FAX:  (334) 834-0353
                                          E-Mail: Kacey_Keeton@fd.org

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 12, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Christopher A. Snyder, Esq., Assistant United States Attorney, One Court Square, Montgomery, AL 36104.

                                                    **s/Kacey L. Keeton**
                                                    **KACEY L. KEETON**
                                                    **AL Bar No.: ASB-0880-K50K**
                                                    Federal Defenders
                                                    Middle District of Alabama
                                                    201 Monroe Street, Suite 407
                                                    Montgomery, AL 36104
                                                    TEL: (334) 834-2099
                                                    FAX: (334) 834-0353
                                                    E-Mail: Kacey_Keeton@fd.org