IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 2:07-cr-0104-WKW |
| ) | |
| NORMAN EVANS McELROY, JR. ) | |

**ORDER**

It is ORDERED that a hearing on the record regarding the Defendant's Motion to Continue Trial (Doc. # 42) shall be held on **February 21, 2008 at 2:00 p.m.** in Courtroom 2-E of the Frank M. Johnson United States Courthouse Complex in Montgomery, Alabama.

DONE this 19th day of February, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE