IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **CASE NO. 2:07-cr-104-WKW** |
| | ) | |
| **NORMAN EVANS McELROY, JR.** | ) | |

## ORDER

It is ORDERED that the hearing on the record regarding the Defendant's Motion to Continue Trial (Doc. # 42) previously set for February 21, 2008, is now moved to **Friday, February 22, 2008, at 10:00 a.m.** in Courtroom 2-E of the Frank M. Johnson, Jr. United States Courthouse Complex, Montgomery, Alabama.

DONE this 20th day of February, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE